# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. Cr. 12-577 (JLL) |
| BAWER AKSAL | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Danielle Alfonzo Walsman, Assistant U.S. Attorney, appearing), and the Defendant Bawer Aksal (Robert Degroot, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the Defendant, through his attorney, having consented to the continuance; and one prior continuance having been granted by the Court; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued from January 30, 2013 through June 10, 2013 for the following reasons:

1. Scientific testing of several articles of potential trial evidence is underway and both the United States and the Defendant seek additional time to receive the final reports of that testing and file any motions that may be necessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this **25** day of January 2013,

ORDERED that the proceedings are continued from January 30, 2013 through June 10, 2013; and it is further

ORDERED that the following schedule shall apply as of the date of this order:

| | |
|---|---|
| Pretrial motions filed by: | April 15, 2013 * |
| Opposition due: | May 13, 2013 |
| Replies due: | May 22, 2013 |
| Motions hearing date: | May 29, 2013 |
| Voir dire and jury charges, exhibits and Motions in limine due: | May 31, 2013 |
| Trial set for: | June 10, 2013 |

HONORABLE JOSE L. LINARES
United States District Judge

Consented and Agreed to by:

Danielle Alfonzo Walsman
Assistant United States Attorney

Robert Degroot
Counsel for Defendant Bawer Aksal

\* Defendant's pretrial motion filed under docket entry # 26 is hereby denied without prejudice to the re-filing of same in accordance with the schedule set forth above.