**Honorable Judge, Jose Linares, U.S.D.C.J.**
C/O Clerk of Court
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Bawer Aksal, # J-2013 – 14967**          Criminal NO. 12-577 (JLL)
Federal Detention Center Unit 4C-1
Essex County Correctional Facility
354 Doremus Avenue
Newark, New Jersey 07105
February 4, 2014

### RE: Question about unauthorized letter that was sent to the court without my permission or my knowledge.

Your Honor,

The court had received a letter which was written on my behalf without my consent sometime in October. Unfortunately, I was not aware of this letter until I got an email from my attorney on Saturday, February 1, 2014 stating that the letter was forwarded to him an hour before my sentencing. My attorney did not notify me about this letter. Had I been notified about this letter I would have objected to it and would have demanded an investigation to find out who had written the awful letter. I have requested from the **Warden, Roy Hendricks** if he would conduct an investigation to see if he could find out if the letter had been sent from this institution. In our Unit 4C-1 we do not have any way to lock up our legal papers which makes it easy for anyone with a grudge to have access to our legal papers and to write letters of a negative nature. Twice, since my stay here my personal items have been stolen. I had notified the prison officials of the incident.

Your Honor, I have the highest respect for you and your court. I have the greatest respect for the American Justice System also. During my trial I have had discussions with people who are in the legal system and all have stated that you are an excellent and fair judge. I too have the same opinion.

Your Honor, Whoever wrote this letter, had all intentions of ruining my credibility and my reputation in this case.

I thank you in advance for your consideration in this matter.

Respectfully submitted,

*[signature]*

Bawer Aksal # J-2013 - 14967

Bawer Aksal J-2013-14967
Essex Cnty. Cor. Fac., Federal
354 Doremun Avenue
Newark, NJ 07105



**Honorable Judge, Jose Linares, U.S.D.C.J.**
C/O Clerk of Court
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102