Mr. Bawer Aksal / J-2013-14967
Federal Detention Unit – 4C-1
Essex County Correctional Facility
354 Doremus Ave, Newark, NJ


U.S. District Judge Jose L. Linares, Newark Federal Court. (Court Room: MLK 5D)
Martin Luther King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102


Your Honor,

I am writing you this letter on behalf of Mr. Bawer Aksal, mainly for two reasons. First to clarify that there seems to be a letter that was received by the courthouse on the 8th of October 2013 with Mr. Aksal's name as the sender, but he was not even aware of this said letter until Saturday the 1st of February, when Mr. Oleg mentioned it to me. I asked Mr. Aksal about the letter the next time he called, and he was shocked that there was such a letter. He was even more surprised as to how come the copy of the letter was forwarded to his lawyer, Mr. DeGroot, only five minutes prior to the court's start time (as per Mr. Oleg), on the 29th of January 2014. Had Mr. Aksal's lawyer mentioned the said letter to him, he could have then objected to it. During the hearing the letter was only referred to as "calling the Victim a liar and more" and because he has maintained that he is innocent, Mr. Aksal assumed that that's what they were referring to. He has neither called her the adjective mentioned in the letter nor the disrespectful string of words the letter claims he wrote for you and his lawyer.

He has the utmost respect for you and the U.S justice system, and has always been hopeful and prays that justice will prevail.

The second reason I am writing to you, is to request you to have someone look at the post –mark and give us the date and the location the letter was mailed from. Mr. Aksal apparently requested the authorities to look into who could have written such a letter, and he was advised to mail a request to Mr. Roy Hendrick, the Warden of the Essex County Correctional Facility, and provide the copy of the letter the date and location the letter was sent from so that they can investigate the origin of the said letter. It is crucial to find who could have played such a life altering prank to damage his case.

Thanking you kindly.

Sincere Regards,

Tehmina Mirza
8217 Caraway Drive.
Orlando,FL 32819


CC to: Mr. Robert DeGroot, ESQ.

To:   United States District Court Judge
      Attn: Susan D. Wigenton, Clerk
      Martin Luther King Jr. Federal Bldg
      50 Walnut Street
      Newark, NJ 07102

Fr:   Bawer Aksal
      ECCF
      354 Doremus Ave
      Newark, NJ 07105

CR
12-577
JLL

Dear Judge,

I don't know what to say. I am apalled at the way you conducted this trial. I am sorry for what I did. I never expected to go jail. I don't deserve treatment. This is outrageous. The woman is liar and whore. She should be in jail. I lose my faith in America Justice System. This is not right. This is what happens when I have a stupid lawyer. You haven't made one good decision during this trial and I dont expect you to now.

Sincerely Bawer Aksal

2013 OCT 8 PM 2 52
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Y. MIRZA.
217 CARWAY DR.
ORLANDO, FL 32819

U.S. DISTRICT JUDGE JOSE. L. LINARES
NEWARK FEDERAL COURT (COURT ROOM: MLK 5D)
MARTIN LUTHER KING JR. FEDERAL BLDG.
50. WALNUT ST.
NEWARK, NJ 07102.